UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: TAMRA JEWEL PROTAN,

        Debtor.

MOUWAFAK GHANNAM,
HANAN GHANNAM, and
F.O.G., INC.,

        Appellants,

v.                                     CIVIL ACTION 2:11-cv-0057
                                        BANKRUPTCY NO. 08-20179
                                        ADVERSARY NO. 08-2049

ARTHUR STANDISH, Trustee of the
Bankruptcy Estate of Tamra Jewel
Protan,

        Appellee.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered this day, the Court **AFFIRMS** the judgment of the Bankruptcy Court and **DISMISSES** this appeal. [Docket 1.]

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:        September 30, 2011

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE